

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| RANDY WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:19-1616-MGL-KDW |
| | § | |
| AMERICAN INTERNATIONAL GROUP, INC.; AMERICAN HOME ASSURANCE COMPANY; MCANGUS, GOUDELOCK & COURIE LLC; and COVENTRY HEALTHCARE, | § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S AMENDED COMPLAINT WITHOUT PREJUDICE
AND WITHOUT ISSUANCE AND SERVICE OF PROCESS**

Plaintiff Randy Williams (Williams) is a self-represented litigant. In his amended complaint, he asserts several state law claims against Defendants American International Group, inc., American Home Assurance Company, McAngus, Goudelock & Courie LLC, and Coventry Healthcare.

The matter is before the Court for review of the Report and Recommendation of the United States Magistrate Judge suggesting Williams's amended complaint be dismissed without prejudice and without issuance and service of process. The Magistrate Judge prepared the Report in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo

determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 25, 2020, and Williams filed his objections on March 6, 2020. The Court has carefully reviewed the objections, but holds them to be without merit. It will therefore enter judgment accordingly.

Fed. R. Civ. P. 72(b)(2) requires the party "file specific written objections to the proposed findings and recommendations." Williams's submission, however, generally contains nothing more than quotations, conclusory allegations, and meritless arguments. Yet, he fails to raise any specific objection to the Report. Thus, the Court will overrule Williams's objections.

Therefore, after a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Williams's objections, adopts the Report, and incorporates it herein. Therefore, it is the judgment of this Court Williams's amended complaint is **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

**IT IS SO ORDERED**.

Signed this 10th day of March, 2020, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

Williams is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.